JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HENRY KOLTYS,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. 2:17-cv-07078-AB (JPRx)<br><br>**JUDGMENT**<br><br>**[Proposed]**<br><br>Honorable Andre Birotte Jr.<br>United States District Judge |

-

Defendant's Motion to Dismiss Second Amended Complaint having come on for hearing, and the Court having considered the pleadings, evidence presented, and the memorandum of points and authorities,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion be granted and judgment is hereby entered for defendant.

DATED: January 23, 2019

_____
HONORABLE ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE